UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Ana Maria Gelhaye, | File No. 21-cv-1585 (ECT/BRT) |
| Plaintiff, | |
| v. | |
| | **ORDER** |
| John Doe 1, *in his individual capacity as a Minneapolis Police Officer*, John Does 2-6, *acting in their individual capacities as Minneapolis Police Officers*; John Does 7 and 8, *acting in their individual and official capacities as supervisory Police Officers*; and City of Minneapolis, *a municipal entity*, | |
| Defendants. | |

---

Pursuant to the Stipulation of Dismissal [ECF No. 23] entered into by the parties, **IT IS ORDERED** that this action is **DISMISSED** with prejudice and without costs, disbursements, or attorneys' fees to any party.

Dated: May 20, 2022        s/ Eric C. Tostrud
                           Eric C. Tostrud
                           United States District Court